# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **MIRANDA TAIT** | **CASE NO.  6:20-CV-00704** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **MONY LIFE INSURANCE CO OF NORTH AMERICA ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, MONY Life Insurance Company of America's Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 5) be DENIED.

Signed at Lafayette, Louisiana, this 17th day of November, 2020.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE