UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MIRANDA TAIT** | **CASE NO. 6:20-CV-00704** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MONY LIFE INSURANCE CO. OF NORTH AMERICA, ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and after consideration of the objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that, consistent with the Report and Recommendation, MONY Life Insurance Company of America's Motion for Summary Judgment [ECF No. 19] is GRANTED, and Plaintiff's claims are hereby DISMISSED WITHOUT PREJUDICE, pending exhaustion of the underlying administrative review.

THUS DONE in Chambers on this 9th day of November, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE